UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AISHA K. THOMPSON                              CIVIL ACTION

VERSUS                                         NUMBER: 12-2569

CAROLYN W. COLVIN, ACTING                      SECTION: "F"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

## O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED**.

New Orleans, Louisiana, this  18th  day of  November ,
2013.

_____
UNITED STATES DISTRICT JUDGE